UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| United States of America, | ) | |
|        Plaintiff, | ) | |
| | ) | |
|      v. | ) | 1:99CR10329-001-DPW |
| | ) | |
| Carlos Rafael, | ) | |
|        Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the Judgment as to the defendant, Carlos Rafael, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: March 11, 2005

## CERTIFICATE OF SERVICE

Suffolk, s.s.                                                                                                          Boston, MA

I hereby certify that I have this day served a copy of the foregoing by mailing a copy to Carlos Rafael, C/O John A. Markey, Jr. Esq., Moses, Smith & Markey, LLC, 50 Homers Wharf, New Bedford, MA 02740

 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney